# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF NEVADA *EX REL.* MICHAEL D. KHOURY, M.D.,<br><br>Plaintiffs,<br><br>vs.<br><br>MOUNTAIN WEST ANESTHESIA, L.L.C.; DAVID A. DEBENHAM, M.D.; ERIC A. EVAND, M.D.; JOSHUA J. LARSON, M.D.; JOHN E. MINER, M.D.; TYLER W. NELSON, M.D.; AND DOE ANESTHESIOLOGISTS 1 THROUGH 150,<br><br>Defendants. | **FOURTH AMENDED SCHEDULING ORDER**<br><br>Case No. 2:20-cv-00372-TC-CMR<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Cecilia M. Romero |

Based on the parties' Fourth Amended Scheduling Order (ECF 264), and for good cause appearing, the court hereby ORDERS that the Third Amended Scheduling Order (ECF 227) is amended as follows. The times and deadlines set forth herein may not be modified without the approval of the court and on a showing of good cause pursuant to Fed. R. Civ. P. 6.

1. **FACT DISCOVERY**

| a. | Other Fact Discovery Deadlines— | |
|---|---|---|
| | 1. Deadline for fact discovery to close[1]: | *04/01/2025* |
| | 2. Deadline for supplementation of disclosures and responses under Fed. R. Civ. P. 26(e): (*optional*) | n/a |

2. **EXPERT DISCOVERY**

| a. | Filing of Notice of Designation required by DUCivR 26-1(a)(2)— | |
|---|---|---|
| | 1. Parties bearing the burden of proof: | *05/15/2025* |
| | 2. Parties not bearing the burden of proof: | *06/30/2025* |
| | | |

---

[1] The deadline to serve written discovery has already expired in accordance with the Third Amended Scheduling Order (ECF No. 227).

|     |     |     |     |
| --- | --- | --- | --- |
| b.  | Service of Fed. R. Civ. P. 26(a)(2) Disclosures and Reports— | | |
|     | 1.  | Parties bearing the burden of proof: | *05/15/2025* |
|     | 2.  | Parties not bearing the burden of proof: | *06/30/2025* |
|     |     |     |     |
| c.  | Deadline for expert discovery to close: | | *08/01/2025* |

3. **OTHER DEADLINES AND TRIAL-RELATED INFORMATION**

|     |     |     |     |
| --- | --- | --- | --- |
| a.  | Deadline for filing dispositive or potentially dispositive motions: | | *09/05/2025* |
| b.  | Deadline for filing partial or complete motions to exclude expert testimony: | | *09/05/2025* |
| c.  | Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed. | | *09/12/2025* |
| d.  | If dispositive motions are filed and the district judge's ruling on those motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions. | | |

DATED this 12 March 2025.

_____
Magistrate Judge Cecilia M. Romero