IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., MICHAEL D. KHOURY, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> INTERMOUNTAIN HEALTHCARE, INC. d/b/a INTERMOUNTAIN HEALTHCARE, et al., <br><br> Defendants. | **ORDER DISMISSING CASE** <br><br><br> Case No. 2:20-cv-00372-TC-CMR <br><br> Judge Tena Campbell <br> Magistrate Judge Cecilia M. Romero |

Based on the unopposed Motion to Intervene and Dismiss (ECF No. 306) and for good cause appearing, IT IS ORDERED that the United States' Motion to Intervene and Dismiss is GRANTED.  This action is dismissed with prejudice as to Relator and without prejudice as to the United States.

DATED this 30th day of September, 2025.

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Judge