AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

UNITED STATES OF AMERICA,
ex rel., MICHAEL D. KHOURY, M.D.,

        Plaintiffs,

v.

INTERMOUNTAIN HEALTHCARE,
INC. d/b/a INTERMOUNTAIN
HEALTHCARE, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:20-cv-00372-TC-CMR

IT IS ORDERED AND ADJUDGED

That this action is dismissed with prejudice as to Relator Michael D. Khoury, M.D., and without prejudice as to the United States.

September 30, 2025

Date

BY THE COURT:

*Tena Campbell*

Tena Campbell
United States District Judge